1  Steven R. Blackburn   State Bar No. 154797
   Steven J. Garrett     State Bar No. 221021
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone:   (415) 398-3500
4  Facsimile:   (415) 398-0955

5  Attorneys for Defendant,
   SACRAMENTO COUNTY CHAPTER OF
6  AMERICAN RED CROSS

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 JUDEE DANIELS,                          CASE NO.  2:05-CV-2405-MCE-JFM

12        Plaintiff,                       **E-filing**

13     v.                                  **STIPULATION AND ORDER
                                           EXTENDING DEADLINE TO**
14 AMERICAN RED CROSS SACRAMENTO           **COMPLETE DISCOVERY**
   CHAPTER, previously incorrectly sued as
15 AMERICAN RED CROSS, a Nonprofit
   Corporation, and DOES 1 to 25,
16
          Defendants.
17

18

19

20     Plaintiff Judee Daniels ("Plaintiff") and Defendant Sacramento County Chapter of

21 American Red Cross ("Defendant") (collectively "the parties"), by and through their undersigned

22 counsel of record, hereby stipulate and agree to the following:

23     1.   The parties submitted a Joint Status Report proposing that all non-expert

24 discovery be closed 60 days before trial and that the deadline for filing non-discovery motions be

25 90 days before trial.  In its Pretrial Scheduling Order issued on February 23, 2006, the Court set

26 the deadline to complete all discovery, with the exception of expert discovery, for July 25, 2006.

27 In addition, the Court set trial for April 25, 2007.

28 ///

2. After receiving the Pretrial Scheduling Order, the parties agreed to discuss settlement before engaging in extensive discovery. The parties have been discussing settlement and alternative dispute resolution options during the past few months. The parties believe an early discovery cutoff deadline will foreclose the possibility of reaching a reasonable settlement in this matter.

3. With the discovery cutoff quickly approaching, the parties request the deadline for conducting discovery be extended to September 25, 2006. The parties further agree that no other deadlines or cut-off dates will be affected by this extension. The extension will enable the parties to continue to engage in settlement discussions. An extension of the deadline is also necessary for the orderly preparation of this matter for trial in the event the case is not resolved in the near future. Based on the foregoing, there is good cause for the Court to grant the parties' request.

**WHEREFORE,** the parties hereby stipulate and agree that the date to complete discovery shall be extended until September 25, 2006.

DATED: July 11, 2006                EPSTEIN BECKER & GREEN, P.C.


By: _____
　　Steven R. Blackburn
　　Steven J. Garrett
Attorneys for Defendant
SACRAMENTO COUNTY CHAPTER OF
AMERICAN RED CROSS


DATED: July 11, 2006                VANTASSEL, FORNASERO &
                                    WAGSTAFFE, LLP


By: _____
　　Paul J. Wagstaffe
Attorneys for Plaintiff
JUDEE DANIELS

1

## **ORDER**

2

     Pursuant to the stipulation, and upon having reviewed the parties' request to extend the

3

deadline for conducting discovery, and finding good cause in support thereof, the Court orders

4

that the parties have until September 25, 2006 in which to complete all discovery, with the

5

exception of expert discovery.

6

7 Dated: July 11, 2006

8

                                       MORRISON C. ENGLAND, JR

9                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28