UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDEE DANIELS,  No. 2:05-cv-2405-MCE-JFM

    Plaintiff,

  v.  **ORDER RE: SETTLEMENT AND DISPOSITION**

AMERICAN RED CROSS,

    Defendant.

_____/

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled.[1]

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 6, 2007.

    Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

    IT IS SO ORDERED.

Dated: March 19, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In light of the Court's Order Re: Settlement and Disposition, the March 26, 2007 Final Pretrial Conference and the April 25, 2007 Bench Trial are vacated.