Paul J. Wagstaffe
VanTassell, Fornasero & Wagstaffe, LLP
917 G Street
Sacramento, CA 95814-1899
Telephone: (916) 444-8633
Fax:(916) 444-2981

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDEE DANIELS, | Case No. 2:05-cv-2405-MCE-JFM |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| AMERICAN RED CROSS SACRAMENTO CHAPTER, previously incorrectly sued as AMERICAN RED CROSS, a Nonprofit Corporation, and DOES 1 to 25, | |
| Defendants. | |

Based on the stipulation of the parties and good cause appearing,

IT IS HERBY ORDERED that this matter is dismissed with prejudice with each party to bear its own attorney fees and costs.

April 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1